Prolc/LQ

Tue Dec 26 11:53:02 2000

UNITED STATES DISTRICT COURT

SCRANTON, PA

Receipt No. 333 02124
Cashier       rich

Tender Type  CHECK
HAYN[...]78200[...]0852[...]

$19.35

12/28/00

Jeffrie McKinzie

1:00-CV 2159

*Prole/LQ*

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE 12/21/2000
REMOTE PRINT TIME 10:19              FROM PURGE FILE               PAGE        1
```

|  | INMATE<br>NUMBER | NAME<br>LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|---|
|  | DN6325 | MCKINZIE | JEFFRIE |  | 63.13 |

| BATCH # | DATE<br>MO DY YEAR |  | TRANSACTION DESCRIPTION |  | TRANSACTION<br>AMOUNT | BALANCE AFTER<br>TRANSACTION |
|---|---|---|---|---|---|---|
| 9007 | 07-03-2000 | 34 | RADIO/TV<br>CABLE TV SERVICE |  | -6.00 | 57.13 |
| 2053 | 07-05-2000 | 13 | PERSONAL GIFT FROM<br>MCDONALD | (164703) | 20.00 | 77.13 |
| 8188 | 07-06-2000 | 32 | HUN COMMISSARY<br>FOR 7/06/2000 |  | -21.33 | 55.80 |
| 2115 | 07-14-2000 | 38 | INSIDE PURCHASES<br>XEROX COPIES - JULY 8, 2000 |  | -.40 | 55.40 |
| 2117 | 07-14-2000 | 10 | MAINTENANCE PAYROLL<br>JUNE 2000 |  | 42.00 | 97.40 |
| 2118 | 07-14-2000 | 10 | MAINTENANCE PAYROLL<br>CLOSEOUT WAGES - JULY |  | 9.60 | 107.00 |
| 2118 | 07-14-2000 | 14 | MISCELLANEOUS<br>CLOSEOUT WAGES - JULY |  | 9.90 | 116.90 |
| 0 | 07-14-2000 | 82 | TRANSFER OUT<br>HUNTINGDON |  |  |  |
| 0 | 07-14-2000 | 81 | TRANSFER IN<br>HUNTINGDON |  |  |  |
| 2118 | 07-14-2000 | 85<br>14 | ADJUST RECEIPT<br>PAYROLL POSTED TWICE |  | -9.90 | 107.00 |
| 0 | 07-14-2000 | 82 | TRANSFER OUT<br>HUNTINGDON |  |  |  |
| 0 | 07-14-2000 | 81 | TRANSFER IN<br>WAYNESBURG |  |  |  |
| 5735 | 07-19-2000 | 13 | PERSONAL GIFT FROM<br>MCDONALD, KATHRYN | E653349 | 20.00 | 127.00 |
| 8202 | 07-20-2000 | 32 | WAY COMMISSARY<br>FOR 7/20/2000 |  | -32.65 | 94.35 |
| 5740 | 07-21-2000 | 13 | PERSONAL GIFT FROM<br>MDCONALD, K. | E653377 | 40.00 | 134.35 |
| 8206 | 07-24-2000 | 32 | WAY COMMISSARY<br>FOR 7/24/2000 |  | -11.28 | 123.07 |
| 5752 | 07-25-2000 | 41 | MEDICAL<br>MEDICAL CO PAY |  | -2.00 | 121.07 |
| 5756 | 07-26-2000 | 38 | INSIDE PURCHASES<br>PHOTO COPY SERVICE |  | -.40 | 120.67 |
| 8214 | 08-01-2000 | 32 | WAY COMMISSARY<br>FOR 8/01/2000 |  | -26.38 | 94.29 |
| 5771 | 08-02-2000 | 37 | POSTAGE |  | -.81 | 93.48 |
| 5780 | 08-07-2000 | 10 | MAINTENANCE PAYROLL<br>JULY WAGES |  | 10.64 | 104.12 |
| 5781 | 08-07-2000 | 13 | PERSONAL GIFT FROM<br>MCDONALD, KATHY | E668213 | 20.00 | 124.12 |

CERTIFIED COPY

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING          DATE  12/21/2000
REMOTE PRINT TIME 10:19               FROM PURGE FILE               PAGE        2
```

|  INMATE  | NAME    |         |     |
|----------|---------|---------|-----|
|  NUMBER  | LAST    | FIRST   | MI  |
|  DN6325  | MCKINZIE| JEFFRIE |     |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 5783 | 08-07-2000 | 37 | POSTAGE | | -.67 | 123.45 |
| 5783 | 08-07-2000 | 38 | INSIDE PURCHASES PHOTO COPY SERVICE | | -1.70 | 121.75 |
| 8221 | 08-08-2000 | 32 | WAY COMMISSARY FOR 8/08/2000 | | -10.68 | 111.07 |
| 8221 | 08-08-2000 | 32 | WAY COMMISSARY FOR 8/08/2000 | | -1.06 | 110.01 |
| 5784 | 08-09-2000 | 37 | POSTAGE | | -.99 | 109.02 |
| 5788 | 08-09-2000 | 31 | OUTSIDE PURCHASES ACCESS CATALOG | | -19.99 | 89.03 |
| 9008 | 08-10-2000 | 34 | RADIO/TV CABLE TV SERVICE | | -14.63 | 74.40 |
| 5807 | 08-15-2000 | 13 | PERSONAL GIFT FROM ARWOOD, CHRISTINE | E673794 | 20.00 | 94.40 |
| 8228 | 08-15-2000 | 32 | WAY COMMISSARY FOR 8/15/2000 | | -16.21 | 78.19 |
| 5822 | 08-17-2000 | 38 | INSIDE PURCHASES PHOTOCOPIES | | -.60 | 77.59 |
| 5833 | 08-22-2000 | 37 | POSTAGE | | -.27 | 77.32 |
| 5838 | 08-22-2000 | 14 | MISCELLANEOUS ACCESS RET. CHECK | E675292 | 19.99 | 97.31 |
| 8235 | 08-22-2000 | 32 | WAY COMMISSARY FOR 8/22/2000 | | -11.06 | 86.25 |
| 5852 | 08-28-2000 | 13 | PERSONAL GIFT FROM MCKINZIE, JEFFRIE SR | E676557 | 50.00 | 136.25 |
| 5858 | 08-29-2000 | 37 | POSTAGE | | -.77 | 135.48 |
| 8242 | 08-29-2000 | 32 | WAY COMMISSARY FOR 8/29/2000 | | -8.58 | 126.90 |
| 5862 | 08-31-2000 | 13 | PERSONAL GIFT FROM MCDONALD, KATHY | E680503 | 70.00 | 196.90 |
| 8250 | 09-06-2000 | 32 | WAY COMMISSARY FOR 9/06/2000 | | -16.49 | 180.41 |
| 5883 | 09-08-2000 | 10 | MAINTENANCE PAYROLL AUGUST WAGES | | 15.96 | 196.37 |
| 5892 | 09-12-2000 | 31 | OUTSIDE PURCHASES WAYNESBURG COLLEGE TUITION | | -100.00 | 96.37 |
| 8256 | 09-12-2000 | 32 | WAY COMMISSARY FOR 9/12/2000 | | -5.54 | 90.83 |
| 9009 | 09-14-2000 | 34 | RADIO/TV CABLE TV SERVICE | | -14.63 | 76.20 |

CERTIFIED COPY

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE 12/21/2000
REMOTE PRINT TIME 10:19              FROM PURGE FILE             PAGE          3
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DN6325 | MCKINZIE | JEFFRIE | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 5901 | 09-15-2000 | 13 | PERSONAL GIFT FROM MCDONALD, KATHY | E720538 | 20.00 | 96.20 |
| 8263 | 09-19-2000 | 32 | WAY COMMISSARY FOR 9/19/2000 | | -16.03 | 80.17 |
| 5917 | 09-20-2000 | 37 | POSTAGE | | -.27 | 79.90 |
| 8270 | 09-26-2000 | 32 | WAY COMMISSARY FOR 9/26/2000 | | -16.47 | 63.43 |

BALANCE AFTER THESE TRANSACTIONS------> 63.43



CERTIFIED COPY

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM          RUN   IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING         DATE 12/21/2000
REMOTE PRINT TIME 10:19             FROM ACTIVE FILE              PAGE       1

        INMATE     NAME
        NUMBER     LAST                FIRST         MI        STARTING BALANCE
        DN6325     MCKINZIE            JEFFRIE                       63.43

BATCH       DATE                                        TRANSACTION  BALANCE AFTER
  #      MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

8277    10-03-2000  32 WAY COMMISSARY
                       FOR 10/03/2000                      -12.74        50.69
5960    10-06-2000  10 MAINTENANCE PAYROLL
                       SEPTEMBER WAGES                      31.81        82.50
5964    10-06-2000  44 ORGANIZATIONAL
                       RUNATHON PLEDGE                      -2.00        80.50
5973    10-11-2000  13 PERSONAL GIFT FROM
                       MCDONALD, KATY      E729717          50.00       130.50
8285    10-11-2000  32 WAY COMMISSARY
                       FOR 10/11/2000                       -6.76       123.74
9010    10-12-2000  34 RADIO/TV
                       CABLE TV SERVICE                    -14.63       109.11
5993    10-17-2000  13 PERSONAL GIFT FROM
                       DONALD, KATLYN      E733336          30.00       139.11
8292    10-18-2000  32 WAY COMMISSARY
                       FOR 10/18/2000                      -16.70       122.41
5999    10-19-2000  37 POSTAGE
                                                             -.67       121.74
5999    10-19-2000  37 POSTAGE
                                                             -.27       121.47
8298    10-24-2000  32 WAY COMMISSARY
                       FOR 10/24/2000                      -10.35       111.12
8305    10-31-2000  32 WAY COMMISSARY
                       FOR 10/31/2000                      -11.76        99.36
6050    11-07-2000  10 MAINTENANCE PAYROLL
                       OCTOBER WAGES                        17.58       116.94
8312    11-07-2000  32 WAY COMMISSARY
                       FOR 11/07/2000                      -13.94       103.00
6053    11-08-2000  38 INSIDE PURCHASES
                       PHOTO COPY SERVICE                    -.70       102.30
9011    11-09-2000  34 RADIO/TV
                       CABLE TV SERVICE                    -14.63        87.67
6065    11-14-2000  37 POSTAGE
                                                             -.27        87.40
8319    11-14-2000  32 WAY COMMISSARY
                       FOR 11/14/2000                      -13.06        74.34
6089    11-20-2000  13 PERSONAL GIFT FROM
                       MCDONALD, K.        E800447          20.00        94.34
8326    11-21-2000  32 WAY COMMISSARY
                       FOR 11/21/2000                      -26.17        68.17
6104    11-27-2000  38 INSIDE PURCHASES
                       PHOTO COPY SERVICE                   -1.00        67.17
8333    11-28-2000  32 WAY COMMISSARY
                       FOR 11/28/2000                      -16.88        50.29
```

CERTIFIED COPY

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE 12/21/2000
REMOTE PRINT TIME 10:19            FROM ACTIVE FILE          PAGE          2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DN6325 | MCKINZIE | JEFFRIE | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 6124 | 12-04-2000 | 37 | POSTAGE | | -3.20 | 47.09 |
| 8340 | 12-05-2000 | 32 | WAY COMMISSARY FOR 12/05/2000 | | -15.36 | 31.73 |
| 6133 | 12-06-2000 | 13 | PERSONAL GIFT FROM MCDONALD, KATHY | E809492 | 20.00 | 51.73 |
| 6134 | 12-06-2000 | 10 | MAINTENANCE PAYROLL NOVEMBER WAGES | | 34.63 | 86.36 |
| 8349 | 12-14-2000 | 32 | WAY COMMISSARY FOR 12/14/2000 | | -15.52 | 70.84 |
| 9012 | 12-14-2000 | 34 | RADIO/TV CABLE TV SERVICE | | -15.36 | 55.48 |
| 6179 | 12-19-2000 | 38 | INSIDE PURCHASES PHOTOCOPY SERVICE | | -1.50 | 53.98 |
| 6179 | 12-19-2000 | 38 | INSIDE PURCHASES PHOTOCOPY SERVICE | | -1.60 | 52.38 |
| 6187 | 12-21-2000 | 38 | INSIDE PURCHASES PHOTOCOPY SERVICE | | -.50 | 51.88 |

```
                  BALANCE AFTER THESE TRANSACTIONS------>    51.88
```

*[signature]* CERTIFIED COPY

ACCOUNTING DEPARTMENT
SCI-WAYNESBURG
373 PRISON ROAD
WAYNESBURG, PA 15370

*[handwritten:]*

Av. monthly deposits = $90.37 X 20% = 18.07

Av. monthly balance = $96.77 X 20% = (19.35) = Initial Pymt Attached