Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
235 North Washington Ave, RM. 423
PO Box 1148
Scranton, PA 18501-1148

Jeffrie S. McKinzie
1020 Morelle Ave
East McKeesport, PA 15035

04/02/01



FILED
SCRANTON
APR 6 2001
PER _____
DEPUTY CLERK

Dear Clerk of Courts,

Just writing to let you know of my address change. My old address was 375 Prison Rd., Waynesburg, PA 15370. I was released and am now on State parole. I have a civil suit in, no 1:00-CV-02159, McKinzie v. Kyler, Judge Caldwell. I filed a motion for reconsideration on January 25, 2001, after my complaint was dismissed without prejudice on January 17, 2001. I'd like to know if there has been any ruling on my motion for reconsideration.

Thank you for your time and attention.

Jeffrie S. McKinzie