OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

April 10, 2001

FILED
SCRANTON
APR 12 2001
PER _____
DEPUTY CLERK

Mr. Jeffrie S. McKinzie
1020 Morelle Avenue
East McKeesport, PA 15035

Re: <u>McKinzie v. Kyler, et al.</u>, Civil No. 1:CV-00-2159
    (Judge Caldwell)

Dear Mr. McKinzie:

In response to your recent letter regarding the case referenced above, please be advised that your motion for reconsideration (Doc. 11) is presently being considered by the court.

Sincerely,

Laurie A. Quinn, Esquire
Pro Se Law Clerk

LQ:laf